UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

FILED
SEP 20 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                  CRIMINAL NO.  3:16cr72-DPJ-LRA-004

RICHARD WILLIAMS

## ORDER APPOINTING COUNSEL

The Defendant has satisfied the Court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel.

IT IS ORDERED that the Federal Public Defender is appointed to represent the Defendant for all further proceedings and shall remain in effect until terminated or a substitute attorney is appointed or retained.

ORDERED September 20, 2016.

_____
LINDA R. ANDERSON
UNITED STATES MAGISTRATE JUDGE